850 A.2d 611

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Reginald GADSDEN, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April 2004, we **DENY** the Petition for Allowance of Appeal without prejudice to Petitioner's right to file the same claims in a Petition pursuant to the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541–9546. *See Commonwealth v. Freeman,* 573 Pa. 532, 827 A.2d 385 (2003); *Commonwealth v. Bomar,* 573 Pa. 426, 826 A.2d 831 (2003).